# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY L. BELLE,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>CHASE HOME FINANCE, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 06CV2454 WQH (LSP)<br><br>ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO FILE A SECOND AMENDED COMPLAINT |

HAYES, Judge:

　　On November 7, 2006, Plaintiff Rodney L. Belle filed the Complaint in this matter against Defendants Chase Home Finance, LLC, Loanstar Mortgage Services, LLC, Marriot Vacation Club International, and Novastar Mortgage, Inc. (Doc. # 1). On October 31, 2007, the Court granted without prejudice motions to dismiss filed by the Defendants and allowed Plaintiff thirty days to file and serve a Second Amended Complaint. (Doc. # 44). In the Order of October 31, 2007, the Court stated that "[i]f Plaintiff fails to file a Second Amended Complaint within the time allowed, or fails to cure the deficiencies of his previous Complaints, the Court will terminate this case with prejudice." (Doc. # 44 at 8).

　　To date, Plaintiff has neither filed a Second Amended Complaint nor sought additional time to do so. Accordingly, and pursuant to this Court's Order of October 31, 2007, the Court hereby DISMISSES this case with prejudice. The Clerk of the Court shall close this case and enter judgment in favor of Defendants.

　　**IT IS SO ORDERED**.

DATED: January 3, 2008

　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　United States District Judge